UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Michael Winn-Young | Case Number: 4:07CR00040-1 |
| Name of Sentencing Judicial Officer: | Honorable William T. Moore, Jr.<br>Judge, U.S. District Court |
| Date of Original Sentence: | November 30, 2007 |
| Original Offense: | Possession with intent to distribute a quantity of cocaine base (crack) and a quantity of cocaine hydrochloride (powder) |
| Original Sentence: | 151 months custody; 5 years supervised release; $100 special assessment |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | July 19, 2019 |
| Assistant U.S. Attorney: | Karl I. Knoche |
| Defense Attorney: | Richard E. Braun, Jr. |

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall not use or possess alcohol.

The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

## CAUSE

On May 2, 2021, Michael Winn-Young was arrested by the McIntosh County Sheriff's Department (MCSD) for the offenses of speeding, failure to maintain lane, and driving under the influence (DUI). According to an MCSD incident report, on the aforementioned date, a traffic stop was initiated on a vehicle the offender was operating after it was observed traveling at a rate of 70 miles per hour in a 45-mile-per-hour zone. During the traffic stop, the offender was identified as the operator of the vehicle and the odor of an alcoholic beverage was detected on the offender's breath. Winn-Young was questioned as to his alcohol consumption and he admitted consuming alcoholic beverages. Based on his admission, the offender was arrested and transported to the McIntosh County Detention Center. He was released on May 3, 2021, after posting a $2,200 bond. This case is pending disposition in the McIntosh County Courts.

Prob 12B  
(08/18)

Request for Modifying the Conditions or Term of Supervision

Re: Michael Winn-Young  
Case Number: 4:07CR00040-1  
Page 2

Michael Winn-Young promptly contacted the probation office and reported his arrest. He advised the probation officer that he exercised poor judgment in operating a motor vehicle after consuming alcoholic beverages. Winn-Young related that given his actions and DUI arrest, he is willing to participate in a substance abuse assessment and participate in substance abuse treatment as directed. The offender was reprimanded for consuming alcoholic beverages and driving and was cautioned as to the consequences of engaging in criminal conduct. Therefore, it is respectfully recommended that Winn-Young's conditions of supervision be modified to include a requirement that he abstain from the use of alcohol during the term of supervision and participate in substance abuse treatment as directed. Attached is a Waiver of Hearing to Modify Conditions of Supervised Release, signed by the offender, agreeing to the proposed modification.

Respectfully submitted,

Ervin G. Frazier, II  
U.S. Probation Officer  
Date: May 17, 2021

Reviewed by:

Stephen C. Highsmith  
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Other

William T. Moore, Jr.  
Judge, U.S. District Court

Date: May 20, 2021

PROB 49
(3/89)

# United States District Court

for the

Southern District of Georgia
Savannah Division

## Waiver of Hearing to Modify Conditions
## of Supervised Release

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall not use or possess alcohol.

The defendant shall participate in a program of treatment for drug and alcohol abuse. The costs of treatment shall be paid by the defendant in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

Witness: _____
(U.S. Probation Officer)

Signed: _____
(Probationer or Supervised Releasee)

5/18/21
Date